**Order entered October 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00255-CR**
**No. 05-18-00256-CR**

**RICKY ALAN SINGLETON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-76725-I, F17-75059-I**

## ORDER

Before the Court is appellant's October 15, 2018 motion to extend the time to file appellant's brief. We **GRANT** the motion to the extent appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/    CRAIG STODDART
          JUSTICE